AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS**
**SUMMONS IN A CIVIL CASE**

ANTHONY McKAY,

    Plaintiff,

V.

AMALGAMATED TRANSIT UNION LOCAL 308

    Defendant.

CASE NUMBER: 08 C 1076

ASSIGNED JUDGE: Grady

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

AMALGAMATED TRANSIT LOCAL 308
% Ethel Carter President-Business Agent
205 W. Wacker Drive, Suite 700
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 29 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  March 5, 2008 |
| NAME OF SERVER (PRINT)  PETER J. SAUNDERS | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Amalgamated Transit Local 308 c/o Diane Jones, office manager

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 5, 2008
　　　　　　　Date　　　　　　Signature of Server

120 W. Madison, Suite 100, Chicago, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.