UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony McKay, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 08 C 1076 |
| Amalgamated Transit Union Local 308, | ) | Judge Grady |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Now comes Defendant, Amalgamated Transit Union Local 308, by and through its attorney, Anita Tanay, and moves the Court for an extension of time to file an Answer to the Complaint, or otherwise plead. In support of this motion, Defendant states as follows:

1. The Complaint was filed on February 21, 2008 and was served on the Defendant on March 5, 2008;

2. On or about March 19, 2008, Counsel for Defendant served notice, pursuant to Rule 11 of the Federal Rules of Civil Procedure, to Michael T. Smith, Plaintiff's Counsel, that Defendant intends to file a Rule 11 motion for sanctions unless the Complaint is withdrawn .

3. The motion for sanctions cannot be filed before April 9, 2008, 21 days after service of the notice pursuant to Rule 11.

4. Defendant's response to the Complaint is due March 25, 2008, prior to earliest date that Defendant may file its Rule 11 motion.

5. The extension of time to respond to the Complaint may, depending on Plaintiff's response to Defendant's Rule 11 notice, render such response unnecessary.

WHEREFORE, Defendant respectfully requests that the time for filing its response to the Complaint be extended to and including April 16, 2008.

>Respectfully submitted,
>
>AMALGAMATED TRANSIT UNION LOCAL 308,
>
>By:  /s/ Anita Tanay
>      One of their attorneys

Anita Tanay
Brandon Anderson
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646
Firm No. 90406

### CERTIFICATE OF SERVICE

I certify that on March 19, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Michael T. Smith, Esq.
>Law Offices of Michael T. Smith
>440 West Irving Park Road
>Roselle, IL   60172

> /s/ Anita Tanay
>Anita Tanay