# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Anthony McKay**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 08 C 1076 |
| **Amalgamated Transit Union Local 308**, | ) Judge Grady |
| | ) Magistrate Judge Nolan |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on April 2, 2008, at 10:30 a.m.**,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John F. Grady or any Judge sitting in his stead in Courtroom 2201 of the Richard J. Daley Center, Chicago, Illinois, and present the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**.

Respectfully submitted,

AMALGAMATED TRANSIT UNION LOCAL 308,

By:  /s/ Anita Tanay
  One of their attorneys

Anita Tanay
Brandon Anderson
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646
Firm No.  90406

## **CERTIFICATE OF SERVICE**

      I certify that on March 19, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Michael T. Smith, Esq.
>Law Offices of Michael T. Smith
>440 West Irving Park Road
>Roselle, IL   60172

>      /s/ Anita Tanay
>Anita Tanay

2