# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Anthony McKay

                                      Plaintiff,

v.                                                        Case No.: 1:08−cv−01076
                                                           Honorable John F. Grady

Amalgamated Transit Union Local #308

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Motion for extension of time [10] is granted. Answer to the complaint due on or before 04/16/08. Hearing set for 04/02/08 stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.