UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY McKAY, ) | |
| ) | |
| Plaintiff, ) | No: 08 C 1076 |
| ) | |
| vs. ) | |
| ) | |
| AMALGAMATED TRANSIT UNION LOCAL 308, ) | Judge Grady |
| ) | |
| Defendants. ) | |

**NOTICE OF JOINT STIPULATION TO DISMISS**

Now Come the Plaintiff, Anthony McKay by and through his attorney, Michael T. Smith, and by agreement and a joint stipulation dismiss this action with prejudice pursuant to FRCP 41 (a)(ii), each party bears their own costs.

Respectfully submitted,

**/s/ Michael T. Smith**
Michael T. Smith

**/s/ Anita Tanay**
Anita Tanay

Michael T. Smith # 06180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

Anita Tanay
Jacobs, Burns, Orlove, Stanton & Hernaadez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on April 4, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Notice of Dismissal of Plaintiffs Complaint to the following:

Anita Tanay
Jacobs, Burns, Orlove, Stanton & Hernaadez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

BY: s/Michael T. Smith
Michael T. Smith

Michael T. Smith #06180407
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626